AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── DISTRICT OF ───────────────

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH
AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST
FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND;
MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

                                        Plaintiffs

                    V.                          **SUMMONS IN A CIVIL CASE**

BOSTON CHAIN LINK FENCE ERECTORS, INC. AND
IT S ALTER EGO BOSTON FENCE & SUPPLY, INC.,    CASE NUMBER:

                    Defendant              **05 ⌐ 1 0 2 5 8  NG**
                        AND

BANK OF AMERICA,

                    Trustee.

TO: (Name and address of defendant)

        BOSTON CHAIN LINK FENCE ERECTORS, INC.
        48 Locust Street
        Danvers, MA  01923-2243

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

                    Elizabeth A. Sloane
                    Segal, Roitman & Coleman
                    11 Beacon St., Ste. 500
                    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

TONY ANASTAS                                FEB - 9 2005

CLERK                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

☐ Other (

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900  ext. 3590

*Essex, ss.*                                                                    May 6, 2005

By virtue of this writ I have made diligent search for the within-named Boston Chain Link Fence Erectors, Inc., 48 Locust Street in Danvers, Mass, and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county;  I therefore return this writ without service.  $10.00. The business is no longer at this address.

TRAVEL

Deputy Sheriff  Chester Kozlosky

_____
*Deputy Sheriff*

Executed on _____              _____
            *Date*                                  *Signature of Server*

                                                    _____
                                                    *Address of Server*