AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

        Plaintiffs

V.

BOSTON CHAIN LINK FENCE ERECTORS, INC. AND ITS ALTER EGO BOSTON FENCE & SUPPLY, INC.

    Defendant

AND

BANK OF AMERICA,

    Trustee.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 C 10258 NG**

TO: (Name and address of defendant)

    BOSTON FENCE & SUPPLY, INC.
    128 Newbury Street
    Peabody, MA  01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Elizabeth A. Sloane
    Segal, Roitman & Coleman
    11 Beacon St., Ste. 500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



(BY) DEPUTY CLERK

FEB - 9 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590
*Essex, ss.*

TRAVEL

May 10, 2005

I hereby certify and return that on 5/6/2005 at 11:48 AM I served a true and attested copy of the summons, complaint on judgment and exhibits in this action in the following manner: To wit, by delivering in hand to Frank Biscardi, owner, agent, person in charge at the time of service for Boston Fence and Supply, Inc., 128 Newbury Street, Peabody MA 01960 . Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff  Phillip Bouchard

*Phillip Bouchard*
Deputy Sheriff  #969

Date                                                  Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure