UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>BOSTON CHAIN LINK FENCE ERECTORS, INC., and its alter ego BOSTON FENCE & SUPPLY, INC.,<br>          Defendants<br><br>and<br><br> BANK OF AMERICA,<br>          Trustee | C.A. No. 05-10258 NG |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of Boston Fence & Supply, Inc. (hereinafter "Boston Fence"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

    1)    This action was filed on February 27, 2005.

    2)    Complaint was served on defendant Boston Fence on May 6, 2005.

    3)    Defendant Boston Fence has never filed an Answer nor a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default against Boston Fence in this matter.

Respectfully submitted,

PAUL MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

 /s/ Elizabeth A. Sloane
Elizabeth A. Sloane, Esquire
BBO #567866
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

**VERIFICATION**

I, Elizabeth A. Sloane, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

 /s/ Elizabeth A. Sloane
Elizabeth A. Sloane, Esquire

Dated:  August 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by certified and first class mail upon defendant Boston Fence & Supply, Inc. at 128 Newbury Street, Peabody, MA  01960 this 2d day of August, 2005.

 /s/ Elizabeth A. Sloane
Elizabeth A. Sloane, Esquire

6306 02-213/verreqdf2.doc