UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
            Plaintiffs

            vs.

BOSTON CHAIN LINK FENCE ERECTORS, INC., and
its alter ego BOSTON FENCE & SUPPLY, INC.,
            Defendants

            and

BANK OF AMERICA,
            Trustee

C.A. No. 05-10258 NG

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now come the plaintiffs, Paul McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al (hereinafter, the "Funds"), and respectfully move this honorable Court for an extension of time until September 13, 2005 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1.    The Plaintiffs have experienced an unanticipated delay in securing the necessary affidavits in support of their Motion.

2. No parties will be harmed by the delay.

WHEREFORE, Plaintiffs seek an extension of time until September 13, 2005 in which to file for Entry of Default Judgment in this matter.

> Respectfully submitted,
>
> PAUL J. McNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, et al,
>
> By their attorneys,
>
> /s/ Elizabeth A. Sloane
> Anne R. Sills, Esquire
> BBO #546576
> Elizabeth A. Sloane, Esquire
> BBO#567866
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  August 23, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Extension of Time to File Motion for Entry of Default Judgment has been served by certified and first class mail upon the defendants, Boston Chain Link Fence Erectors, Inc. and its alter ego Boston Fence & Supply, Inc. at 128 Newbury Street, West Peabody, MA  01960 this 23rd day of August 2005.

> /s/ Elizabeth A. Sloane
> Elizabeth A. Sloane, Esquire

EAS/eas&ts
ARS 6306 02-213/motionextend.doc