## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

        Plaintiffs

vs.

BOSTON CHAIN LINK FENCE ERECTORS, INC., and
its alter ego BOSTON FENCE & SUPPLY, INC.,
        Defendants

and

BANK OF AMERICA,
        Trustee

C.A. No. 05-10258 NG

## AFFIDAVIT OF THOMAS MASIELLO AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.      My name is Thomas Masiello.  I am the Administrator of the Massachusetts Laborers' Benefit Health and Welfare Fund.

2.      I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.      I have caused careful investigation to be made to ascertain whether Boston Fence & Supply, Inc., the above-named defendant, is within the military service of the United States, or is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

4.      I have also caused careful investigation to be made to ascertain whether Boston

Chain Link Fence Erectors, Inc. is an infant or incompetent person, and have concluded on the

basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _25_ DAY OF

AUGUST 2005.

_Thomas Masiello_
Thomas Masiello

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first
_and Boston Chain Link Fence Erectors_
class mail upon the defendant, Boston Fence & Supply, Inc., at 128 Newbury St., Peabody, MA
01960 this _13th_ day of ~~August~~ _September_ 2005.

_Anne R. Sills /es_
Anne R. Sills, Esquire

2