## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　　　Plaintiffs<br><br>vs.<br><br>BOSTON CHAIN LINK FENCE ERECTORS, INC., and its alter ego BOSTON FENCE & SUPPLY, INC.,<br>　　　　　　　Defendants<br><br>and<br><br>BANK OF AMERICA,<br>　　　　　　　Trustee | C.A. No. 05-10258 NG |

## DEFAULT JUDGMENT

Defendant Boston Fence and Supply, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now upon application of plaintiffs and affidavits and a memorandum of law demonstrating that defendant owes plaintiffs the sum of $42,262.41; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs recover from Defendant

Boston Fence & Supply, Inc., the sum of $47,262.41, with interest as provided by law, which

interest rate effective this date is _____ percent.

_____
Honorable Nancy Gertner
United States District Judge


Dated: _____

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Default Judgment has been served by certified and first class mail upon Boston Fence & Supply, Inc. and Boston Chain Link Fence Erectors at 128 Newbury Street, West Peabody, MA  01960 this 13th day of September, 2005

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane

ASills/6306/02213/DefaultJudg2.doc