UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>Plaintiffs<br><br>vs.<br><br>BOSTON CHAIN LINK FENCE ERECTORS, INC., and its alter ego BOSTON FENCE & SUPPLY, INC.,<br>Defendants<br><br>and<br><br>BANK OF AMERICA,<br>Trustee | C.A. No. 05-10258 NG |

**DEFAULT JUDGMENT**

Defendant Boston Fence and Supply, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now upon application of plaintiffs and affidavits and a memorandum of law demonstrating that defendant owes plaintiffs the sum of $42,262.41; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs recover from Defendant Boston Fence & Supply, Inc., the sum of $47,262.41, with interest as provided by law, which interest rate effective this date is 3.82 percent.

*[signature]*
Honorable Nancy Gertner
United States District Judge

Dated: 9/28/05