# SEGAL, ROITMAN & COLEMAN

| | | |
|---|---|---|
| DONALD J. SIEGEL | COUNSELLORS AT LAW | ROBERT M. SEGAL (1915-1999) |
| PAUL F. KELLY | 11 BEACON STREET | |
| IRA SILLS | SUITE 500 | OF COUNSEL |
| MARY THOMAS SULLIVAN* | BOSTON, MASSACHUSETTS 02108 | RICHARD W. COLEMAN |
| SHELLEY B. KROLL | | HAROLD B. ROITMAN |
| BURTON E. ROSENTHAL | | JOANNE F. GOLDSTEIN |
| ANNE R. SILLS | | JOSEPH P. MCKENNA, JR. |
| KATHRYN S. SHEA | | PAUL S. HOROVITZ |
| INDIRA TALWANI** | | |
| ELIZABETH ARIENTI SLOANE | | |
| MICHAEL J. DOHENY | | |
| STEPHANIE PRATT-MITRA | | |
| GREGORY A. GEIMAN | | |
| RACHEL E. ROSENBLOOM | | |

\* Also Admitted to the New Hampshire Bar

\*\* Also Admitted to the California Bar

FILED
CLERKS OFFICE
2005 SEP 27 P 2: 04
U.S. DISTRICT COURT
DISTRICT OF MASS

September 26, 2005

Maryellen Molloy, Courtroom Clerk
for the Honorable Nancy Gertner
United States District Court
  for the District of Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 2300
Boston, MA  02210

Re:   Paul J. McNally, as he is Trustee, et al vs. Boston Chain Link Fence Erectors, Inc.
      and its alter ego Boston Fence and Supply, Inc.
      C.A. No. 05-CV-10258-NG

Dear Ms. Molloy:

This is to follow-up on my voicemail message for Jennifer Filo late last week, and to inform you that the Motion for Default Judgment and supporting pleadings that I served on the defendants in the above-referenced case on September 13, 2005 by first class and certified mail were returned, with the message "moved left no address – unable to forward." At this time, I have been unable to locate a new address for the defendants.

Very truly yours,

Elizabeth A. Sloane